PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. ARCADIO MATIAS-MEDINA     Docket Number: 07-cr-00382-REB-01

**Petition for Issuance of Arrest Warrant Due to Violation of Supervised Release**

COMES NOW, Richard Vaccaro, probation officer of the court, presenting an official report upon the conduct and attitude of Arcadio Matias-Medina who was placed on supervision by the Honorable Robert C. Brack sitting in the court at Las Cruces, New Mexico, on the 6th day of December, 2005, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant must cooperate in the collection of DNA as directed by statute.
2. The defendant must not reenter the United States without legal authorization

On September 11, 2007, jurisdiction was transferred from the District of New Mexico to the District of Colorado.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a supervised release violation warrant to be lodged as a detainer.

ORDER OF THE COURT

Considered and ordered this 7th day of November, 2007, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Richard Vaccaro

Richard Vaccaro
Supervising United States Probation Officer

s/ Robert E. Blackburn

Robert E. Blackburn
United States District Judge

Place: Denver, Colorado
Date: November 7, 2007

**ATTACHMENT**

The defendant has committed the following violations of supervised release:

1) <u>VIOLATION OF THE LAW</u>  (Reentry of Previously Deported Alien)

On or about March 25, 2006, the defendant was found to be in the United States illegally, in violation of 8 U.S.C. § 1326(a) and (b)(2).  This is a Class C felony, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On April 26, 2007, the defendant pled guilty to the above charge.  On September 6, 2007, the defendant was sentenced by the Honorable Walker D. Miller in the District of Colorado, case number 06-cr-00177-WDM-01, to 60 months custody of the Bureau of prisons to be followed by three (3) years of supervised release.

2) <u>VIOLATION OF SPECIAL CONDITION</u> (Reentering the United States Illegally After Deportation)

On or about March 29, 2006, the defendant was found in the United States without legal authorization.  This is a Grade C violation of supervised release.

This charge is based on the following facts:

On December 6, 2005, the defendant was convicted in the District of New Mexico, case number 05CR01700-001RB, for Reentry of Deported Alien, in violation of 8 U.S.C. § 1326(a)(1) and (2).  He was sentenced to five (5) months custody of the Bureau of Prisons to be followed by two (2) years of supervised release.

On December 13, 2005, the defendant was deported through Columbus, New Mexico, to the Republic of Mexico.

The defendant was arrested by BICE agents on March 29, 2006, in Grand Junction, Colorado, for forging a document as evidence of authorization to stay in the United States.